COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983.

NAME  WEAVER       WILLIE
     (LAST)   (FIRST)   (INITIAL)

PRISONER NUMBER  TJ0889  CV-08-1761 JW

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

FIRST WATCH 03/24/08 DIRECTOR, WARDEN, ASST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICES INMATES MEDICAL
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE! YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD. THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.

A. PLACE OF PRESENT CONFINEMENT. P.S.P
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

COMPLAINT    -1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO (✓)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THOUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY. STILL BEING PROCESSED

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY STATE PRISON WARDEN, DIRECTOR, ASSIT WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS 03/04/08 MEDICAL

COMPLAINT     - 2 -

STATEMENT OF CLAIM.
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.          03/24/08
SLEEP DEPRIVATION FIRST WATCH OF PLAINTIFF OF HIS SLEEP ON FIRST WATCH FROM INMATES CORRECTIONAL OFFICERS MEDICAL, HIS NEIGHBOR'S IN CELL 211, 209, 208, 207 204, 203, 110, 111, PLAINTIFF IS BEING WOKEN FROM SLEEP DEPRIVATION FROM SENSORY DEVICE MACHINE, THESE ARE WITNESSES THAT ARE HAVING THE SAME PROBLEMS JOHN RABE D-58062, CARLOS LUTZ, 1st BLOCK MONTELLO 1st BLOCK, WILLOCK 1st BLOCK, DEFENDANTS SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUTE CRUEL UNUSUAL PUNISHMENT
IV: RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF, STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.
   LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLAR DUE TO: HARRASSMENT, THREATING, CONSPIRACY UNITED STATES CONSTITUTION VIOLATION

   PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOR GOING IS TRUE AND CORRECT.
SIGNED THIS ___03___ DAY OF _24_ 20_08_
COMPLAINT          - 3 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA. 95531.



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

PELICAN BAY
P.S.U. UNIT B-2

CONFIDENTIAL
LEGAL MAIL